respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GRAB v. HUDSON et al. (Supreme Court, Appellate Division, First Department. February 18, 1910.) Appeal from Trial Term, New York County. Action by Maximilian Grab against Charles L. Hudson and others. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendants appeal. Reversed. J. G. Saxe, for appellants. L. Fridiger, for respondent.

PER CURIAM. The judgment and order appealed from are reversed, and a new trial ordered, with costs to appellants to abide event, on the ground that the verdict is against the weight of evidence.

CLARKE, J., dissents, on the ground that it was a pure question of fact, which was for the jury.

GRANT, Appellant, v. NATIONAL RY. SPRING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Frank Grant against the National Railway Spring Company. No opinion. Judgment and order affirmed, with costs, on opinion of Chester, J., on former appeal in same case, reported at 86 App. Div. 593, 83 N. Y. Supp. 1021.

GRAY, Respondent, v. NEW YORK, N. H. & H. R. Co., Appellant, et al. (Supreme Court, Appellant Division, Second Department. March 4, 1910.) Action by William B. Gray against the New York, New Haven & Hartford Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

GREEN, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Patrick F. Green against the Long Island Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 131 App. Div. 277, 115 N. Y. Supp. 590.

In re GREENBAUM. (Supreme Court, Appellate Division, First Department. March 31, 1910.) In the matter of the application of Max A. Greenbaum for a writ of certiorari to Theodore A. Bingham, as Police Commissioner, etc. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

GREENBERG, Respondent, v. GREENBERG, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Max Greenberg against Rose Greenberg. W. A. Purrington, for appellant. I. N. Jacobson, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 134 App. Div. 419, 119 N. Y. Supp. 227.

GREENE, Respondent, v. GREENE, Appellant. (Supreme Court, Appellate Division, First Department. October, 1909.) Action by Headley M. Greene against Hattie A. Greene.

PER CURIAM. Order modified, as stated in memorandum, and, as modified, affirmed, without costs. Settle order on notice.

GRUNER, Respondent, v. RUFFNER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by Elizabeth Gruner against Ernest L. Ruffner and others. For former opinion, see 119 N. Y. Supp. 942. See, also, 59 Misc. Rep. 266, 110 N. Y. Supp. 873.

PER CURIAM. Motion for reargument denied, without costs. Motion for leave to appeal to Court of Appeals granted. Settle order before Mr. Justice SPRING on two days' notice.

GUERNSEY et al., Appellants, v. DEXTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Charles Guernsey and others against Edward W. Dexter and another.

PER CURIAM. Interlocutory judgment reversed, with costs, and demurrer overruled, with costs, with leave to the defendants to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal. Held, that the other tenants in common are not necessary parties plaintiff.

McLENNAN, P. J., and ROBSON, J., dissent.

GUGINO et al. v. BUFFALO NATURAL GAS FUEL CO. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) In the matter of the application of Antonino Gugino and Natale Gugino for writ of mandamus against the Buffalo Natural Gas Fuel Company. No opinion. Order affirmed, with costs.

HAFNER, Respondent, v. MECHANICS' & TRADERS' REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Adam J. Hafner against the Mechanics' & Traders' Realty Company. J. A. Seidman, for appellant. H. Swain, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HAKKANAU, Respondent, v. PROCTOR & GAMBLE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Adolph Hakkanau against the Proctor & Gamble Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with costs, on account of insufficiency of the moving papers and inadequacy of terms, with leave to plaintiff to renew his motion.

HALL, Appellant, v. CAYUGA LAKE CEMENT CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 9,